# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PATRICK L. SHERMAN
ADC #96304                                                                                               PLAINTIFF

V.                               NO: 5:06CV00051 WRW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.,*                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment would not be taken in good faith

DATED this 8th day of March, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE